### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**JOHN EZRA TATUM,**
    **Plaintiff,**

**v.**                        **No:   5:08cv190/RS/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

_____

### REPORT AND RECOMMENDATION

      This case was opened in error.  It was intended to be, and is, a continuation of case no. 5:08cv127/RS.

      Accordingly, it is respectfully RECOMMENDED that the clerk be ordered to close this file.

      At Pensacola, Florida this 20th day of June, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**