IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN EZRA TATUM,

    Plaintiff,

vs.                              CASE NO. 5:08cv190/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The clerk is directed to close this file.

**ORDERED** on July 22, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**